IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SIERRA GIBSON**                                                                                         **PLAINTIFF**

**v.**                            **Case No. 4:25-cv-00396 KGB**

**NATIONAL RAILROAD PASSENGER**
**CORPORATION and JOHN DOES, 1-3**                               **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation and motion to dismiss (Dkt. No. 17). For good cause shown, the Court adopts the parties' joint stipulation of dismissal and grants the parties' joint motion to dismiss (*Id.*). The action is dismissed with prejudice with each party to bear its own costs.

So ordered this 17th day of October, 2025.

                                                                                        Kristine G. Baker
                                                                                        Chief United States District Judge